UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ELIZABETH SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   No.   2:19-cv-00310-GZS |
| | ) |
| ROBERT P. SMITH, et al., | ) |
| | ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 8) filed July 18, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2).  Accordingly, Plaintiff's Motion to Stay (ECF No. 2) is **MOOT**.

                                             _/s/ George Z. Singal_
                                             United States District Judge

Dated this 19th day of August, 2019.